# United States Bankruptcy Court
## District of Maryland

**In re** James Dotse Yaw Wornyo

Case No. _____

**Debtor**

Chapter __13_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] **FLAT FEE**

   For legal services, I have agreed to accept .............................. $ __6,000.00__

   Prior to the filing of this statement I have received ....................... $ __2,000.00__

   Balance Due. ............................................ $ __4,000.00__

[ ] **RETAINER**

   For legal services, I have agreed to accept a retainer of .................... $ _____

   The undersigned shall bill against the retainer at an hourly rate of .......... $ _____

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [ ] Debtor     [✔] Other (specify)  Debtor and Friend

3. The source of compensation to be paid to me is:

   [ ] Debtor     [✔] Other (specify)  Chapter 13 Trustee

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]
Work done upon matters in the main case.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Work done upon matters that were not reasonable expected and that are extraordinary.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/08/2024

*Date*

/s/ David Cahn, 18279

*Signature of Attorney*

Law Office of David Cahn, LLC

*Name of law firm*

129-10 West Patrick St.
2nd Floor
Frederick, MD 21701