UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

IN RE

JAMES DOTSE YAW WORNYO

Debtor(s)

Chapter 13
Case NO. 24-10208-MECR

## NOTICE ENTERING APPEARANCE AND REQUEST FOR ALL NOTICES

Dear Clerk:

Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-1. Please add my name to the mailing matrix and send all notices to:

Mark D. Meyer, Esq.
4340 East West Highway, Suite 600
Bethesda, MD 20814

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of January, 2024, a copy of the foregoing Notice Entering appearance was mailed, first class postage prepaid, or emailed, to the following:

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

David Erwin Cahn
129-10 West Patrick Street, 2nd Floor
Frederick, MD 21701

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 22-002030-MD-B-3

Page 1

James Dotse Yaw Wornyo

23109 Davis Mill Road

Germantown, MD 20876

  /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000